# R E I B M A N & W E I N E R

26 Court Street
Suite 1808
Brooklyn, New York 11242
Telephone (718) 522-1743
Facsimile (718) 522-6093

Marc Reibman
Steven M. Weiner

Michael Lumer
   Counsel

September 3, 2013

<u>Via ECF</u>

Judge John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  <u>Lawrence v. Continental Casualty Company</u>, CV 12-412 (JG)(VVP)

Dear Judge Gleeson:

      This firm represents the plaintiff.  Defense counsel and I submit this letter jointly.  Defendant requested that plaintiff provide it with the calculations necessary to pay the amount presently due.  Defendant has adopted the calculations presented by plaintiff which include interest at the rate of 9% on the principal judgment amount of $132,526.50, beginning on August 30, 2010, through September 9, 2013, plus plaintiff's costs in the total amount of $1531.59.

      Accordingly, this matter will be resolved shortly.  Defendant has represented that a check will be delivered to my office no later than Monday September 9, 2013.  The total check will be for $170,167.03 comprising: judgment in the State Court case of $132,526.50, interest through September 9, 2013 in the amount of $36,108.94 and costs in the amount of $1531.59.  The check is to be made payable to "Samantha Lawrence and Reibman & Weiner, as attorneys."

      Additionally, (as I will be away during the remainder of this week for the Jewish holiday), upon receipt of defendant's check, plaintiff and defendant will finalize the settlement terms by executing and filing, where required, the following documents:

      1. Execution of a simple Stipulation of Dismissal to be filed in
      Federal Court action (to be prepared by defendant);

      2. Execution of Judgment Satisfaction in the State Court action, to
      be prepared and filed by defendant (plaintiff will execute any
      documents necessary to permit filing by defendant)

September 3, 2013
page 2

      3. Execution by plaintiff of Blumberg Form General Release releasing Judy Miracle Nail, Inc. and Continental Casualty Company from all claims related to the underlying State Court and the within Federal Court case.

      Thank you for your attention to this matter.

                                        Very truly yours,

                                              /s/
                                        Steven M. Weiner

SMW/km
Cc:  Dean Vigliano, Esq. (via ECF)